AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern     District of     Florida

UNITED STATES OF AMERICA

vs.

KENNETH R. WEST,

        Defendant.

Case Number: 04-20872-CR-GRAHAM

MAGISTRATE JUDGE GARBER

WARRANT FOR ARREST

FILED by _____ D.C.
MAG. SEC.
NOV - 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     KENNETH R. WEST
                                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with   (brief description of offense)

Threatening the use of a weapon of mass destruction and mailing threatening communications

in violation of     18     United States Code, Section(s)     2332a(b), 876(c), 2

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

11/09/04, Miami, Fl
Date and Location

Bail fixed at $ _____     by _____
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: **KENNETH R. WEST**

**Pretrial Detention**
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): **Special Agent Tom Rice, Federal Bureau of Investigation**
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)