U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 04-20872-CR-GRAHAM

UNITED STATES OF AMERICA

v.

KENNETH R. WEST

### PETITION OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Indictment is pending in this Court against Kenneth R. West, DOB 6/10/74, BOP# 17248-018 in the above styled case, and it is set for Initial Appearance as to the defendant on December 3, 2004 at 301 N. Miami Avenue, Miami, Florida - Federal Courthouse

2. The defendant is now confined in the FDC Estill, SC at 100 Prison Rd., Estill, SC 29918

3. It is necessary to have the defendant before this Court for Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

Marcos D. Jimenez
UNITED STATES ATTORNEY

By: *[signature]*
William White
Assistant United States Attorney

cc: U.S. Attorney (AUSA William White )