U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 04-20872-CR-GRAHAM

UNITED STATES OF AMERICA

v.

KENNETH R. WEST

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Matthew B. Hamidullah

It appearing from the petition of the United States of America that the defendant in the above case, Kenneth R. West, DOB 6/10/74, BOP# 17248-018, is confined in the FDC, Estill, SC at 100 Prison Rd., Estill, SC 29918, and that this case is set for Initial Appearance as to the defendant at Miami, Florida on December 3, 2004, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Kenneth R. West, DOB 6/10/74, BOP#17248-018, now detained in custody as aforesaid, under safe and secure conduct, before this Court at Miami, Florida by or before 10:00 o'clock, A.M., on December 3, 2004 for Initial Appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of FDC, Estill, SC at 100 Prison Rd., Estill, SC 29918 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE AND ORDERED at Miami, Florida, this 19th day of November, 2004.

UNITED STATES MAGISTRATE JUDGE
**PETER R. PALERMO**

cc:   U.S. Attorney (AUSA William White )
      U.S. Marshal (3 certified copies)
      Chief Probation Officer