FILED BY _____ D.C.

2004 NOV 29  PM 2: 35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     04-20872-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,          )
                                   )
                  Plaintiff,       )
v.                                 )
                                   )
KENNETH R. WEST,                   )
                                   )
                  Defendant.       )
_____      )

## NOTICE OF FILING

The United States, through counsel, gives notice of the filing of the attached letter authorizing Brenda Sue Thornton to act as an attorney for the United States in this case, and "to conduct any kind of legal proceedings, civil and criminal, including grand jury proceedings, and proceedings in the Southern District of Florida, ...which United States Attorneys are authorized to conduct."

The Defendant has not yet been arrested, therefore, there is no Certificate of Service.  He is in federal custody.  A Write of <u>Habeas Corpus ad Prosequendum</u> has been issued for his initial



appearance, now scheduled for December 14, 2004, in the Southern District of Florida.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 087204
99 N.E. 4TH STREET
MIAMI, FLORIDA  33132
TEL: NO. (305 )961-9145
FAX NO. (305) 536-4675
Email: William.White@USDOJ.GOV

cc:    Brenda Sue Thornton
       U.S. Department of Justice
       Counterterrorism Section, Criminal Division
       10th and Constitution Avenue, N.W.
       Washington, DC. 20530
       Telephone:  (202) 353-7951
       Fax:        (202) 514-8714
       Email:  Brenda.Sue.Thornton@USDOJ.GOV

2



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*                         *Washington, D.C.  20530*

November 22, 2004

Ms. Brenda Sue Thornton
Criminal Division
U.S. Department of Justice
Washington, DC 20530

Dear Ms. Thornton:

As an attorney for the Government employed full time by the Department of Justice and assigned to the Criminal Division, you are hereby authorized and directed to file information and to conduct any kind of legal proceedings, civil, or criminal, including grand jury proceedings, and proceedings in the Southern District of Florida, and any other judicial district which United States Attorneys are authorized to conduct.

You may file a copy of this letter with the Clerk of the Court to evidence this authorization.

Sincerely,

David E. Nahmias
Deputy Assistant Attorney General