UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| Kenneth R. West, | * | |
| IN RE: Cristian Noel Iglesias Sui Juris | * | |
| v. | * | CASE NO.: 04-20872-cr-Graham |
| United States of America, | * | |
| Respondents. | * | |
| | * | |

COMES NOW, Kenneth R.West, Sui Juris, to present before the UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA, Affiants Specific Negative Averment and Affiants Bill of Peace. In accordance with rule 9 (a) of the FED.R. Civ. P. .

Kenneth R. West; Cristian Noel Iglesias

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

STATE OF: <u>South Carolina</u>     }
                                     } SS.
COUNTY OF: <u>Hampton</u>            }

I, <u>Cristian N. Iglesias</u>, hereby swear (or affirm) that the attached reproduction of <u>**Affidavit of Specific Negative Averment**</u> are true, correct and complete photocopies of the document(s) in my possession.

_____
Signature of Custodian of Documents

<u>P.O. Box 699 Estill, SC 29918-0699</u>
Address

Subscribed and Sworn to (or affirmed) before me on this ___ day of _____, 2004.

_____
Signature of Notary    My Commission Expires
                       Jan. 20, 2010

Place Notary Stamp Above
_____ OPTIONAL _____

Though law does not require the information in this section, it may prove valuable to persons relying on the documents and could prevent fraudulent removal and reattachment of this form to another documents.

### Description of Attached Document(s)

Title or Type of document(s): **Affidant of Specific Negative Averment**

Document(s) date: **11/29/04**      Identifying number: **N/A**      No. Of pages **4**

Issuing Agency: **Pliniff- Cristian N. Iglesias**

### Capacity Claimed by Custodian

[X] Individual
[ ] Corporate Officer-Title: _____
[ ] University or School Officer- Title: _____
[ ] Governmental Officer or Agent – Title: _____
[ ] Business proprietor or Manager
[ ] Attorney
[ ] Trustee
[ ] Other: _____

RIGHT THUMBPRINT OF CUSTODIAN
TOP OF THUMB HERE

Custodian is representing **Original Copy Affidavit of Specific Negative Averment**

_____
Cristian N. Iglesias

## *Affidavit of Specific Negative Averment*

One living, sentient, free-will natural man known as Cristian Noel Iglesias, hereinafter "One" acting with rights granted by life and upheld by all valid and just law declares and attests that the following facts are true, correct, and complete to the best of One's knowledge and in accord with One's deeply held spiritual convictions and creed re God Almighty.

One issues this Affidavit of Specific Negative Averment, hereinafter "Affidavit", On the basis that each and every party acting against One in any manner purports to be acting in an official capacity.

One denies that any of the below-named, and unproved beings / entities / persons / corporations / associations / trusts / unincorporated associations / limited partnerships / whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party.

Cristian Noel Iglesias            Post Office Box 699
                                  Estill, SC 29918-0699

UNITED STATES DISTRICT JUDGE: Graham

UNITED STATES ATTORNEY: Marcos D. Jimenez

UNITED STATES ASSISTANCE ATTORNEY: John Schlesinger

UNITED STATES DISTRICT COURT. Southern District of Florida (Miami Division)

UNITED STATES FEDERAL BUREAU OF PRISONS.

THE GOVERNMENT OF THE UNITED STATES.

UNITED STATES GOVERNMENT.

U.S. GOVERNMENT

US GOVERNMENT

STATE BAR OF Florida

ALL BAR ASSOCIATIONS

ALL SUB-AGENCIES AND DIVISIONS OF ALL THE ABOVE ENTERIES.

*Cristian N. Iglesias*

Page 1 of 4    Secured Party **Cristian N. Iglesias**

The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with whom, how, and why, rendering and such proceeding, and all matters connected therewith and pertaining thereto void for vagueness as per 46 AmJur 2d. Judgments.

100. Parties. "A judgment should identify the parties for and against whom it is rendered, with such certainty that it may be readily enforced, and a judgment which does not do so may be regarded as void for uncertainty...."

This Affidavit constitutes a "Specific Negative Averment" in accordance with Federal Rules of Civil Procedures Rule 9 (a) re alleged "UNITED STATES INDICTMENT", case number #: 04-CR-20872. Allegedly involving some undefined and unproved beings / entities / persons / corporations / associations / trusts / limited partnerships / unincorporated association / whatever referenced as "UNITED STATES OF AMERICA" hereinafter Fictional Agency, "CLAIMANT," Hereinafter Fictional Claimant", and KENNETH R. WEST, hereinafter Fictional Debtor", whereby One declares and asserts absolutely that:

1. None of the above-enumerated all-capital-letter assemblages of letters exists and is solvent.

2. One is none of the said all-capital-letter assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant, and not Fictional defendant, and is therefore a non-party to UNITED STATES INDICTMENT AND JUDGMENT, IN CRIMINAL CASE: 04-CR-20872.

3. One's true name is Cristian Noel Iglesias © and not KENNETH R. WEST.

4. One's rank is that of unlimited-liability, living, sentient being with all absolute, unalienable rights, and power to uphold said rights, intact.

5. One's standing in law is that of a sovereign inhabitant on the soil of the land commonly referenced as "De jure state Florida, Republic."

6. All assertions that One is a party to any proceeding concerning "UNITED STATES INDICTMENT, JUDGMENT IN CRIMINAL CASE. # 04-CR-20872 Are null and void and of no force and effect ab initio.

7. UNITED STATES INDICTMENT AND JUDGMENT IN CRIMINAL CASE: # 04-CR-20872, Must be abated ab initio.

8. Fictional Agency and Fictional Claimant do not possess, and can never possess, jurisdiction over One, nor One's property, nor One's rights, and the issue of jurisdiction cannot be waived.

9. The record must be corrected re this matter immediately.

Page 2 of 4    Secured party: Cristian N. Iglesias

10. All parties whatsoever are stopped henceforth from acting against any of One's rights and property in any manner re this matter.

Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this Affidavit in the responding party's own handwriting, using Christian name for signature, executed true, correct, and complete and notarized, in red ink, and mail to the below named notary public Juliette Moore at 100 Prison Road, city Estill, State of South Carolina, Zip 29918, within ten (10) days of receipt or be in default hereof. Said default establishes on the record the confession and consent of judgment by every man and woman acting adversely concerning One in any manner that:

1. None of the all-capital-letter beings / entities / persons / trusts / corporations / associations / unincorporations associations/ limited partnerships / whatever referenced herein exists, is solvent, possesses "capacity", to sue and be sued… or sue and be sued in a representative capacity, and can appear in court re this instant matter, whereby, UNITED STATES INDICTMENT, CASE 04-CR-20872, does not exist ab initio and Fictional Agency has no jurisdiction over the non-existent cause, the non-existent parties, and the non-existent thing.

2. Any man or woman who is in default hereof who continues to act against One in any manner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction.

3. One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against One by any party who admits and confesses by default to be devoid of all right, authority, and official immunity.

The undersigned affiant, Cristian Noel Iglesias ©, i.e. "One" does herewith assert and declare on One's unlimited liability that One issues this Affidavit of Specific negative Averment with sincere intent, that One is competent to state the matters set fourth herein, that the contents are true, correct, and complete in accordance with One's knowledge, understanding, and sincerely held spiritual convictions and creed.

Cristian Noel Iglesias
Print full name

[signature]
Signature

Date: 12/2/04 2004

[signature: Cristian N. Iglesias]

Page 3 of 4   Secured Party Cristian N. Iglesias

## Jurat

De jure State: <u>South Carolina</u> )
                                  ) SS.
County of <u>Hampton</u>           )

Subscribed and sworn to at <u>Federal Correctional Instituion Esti[l]</u> before me this <u>2nd</u>, day of <u>December</u>, A.D. 2004

Notary public: _____
                        Name

My Commission Expires: _____
                        **My Commission Expires Jan. 20, 2010**

Witness my hand and official seal.

_____
Signature of Notary public


_Page 4 of 4_   Secured party <u>Cristian N. Iglesias</u>

State of **South Carolina**, )
) SS.
County of **Hampton**. )

On _2 December 2004_ before me, _West Kennel_, Notary Public, personally appeared, _Federal Employee Asst._ _J. M/rsp_, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or entry upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature of _2 December 2004_ Notary Public

My Commission Expires Jan. 20, 2010

Place notary stamp above

──────────────── OPTIONAL ────────────────

Though law does not require the information in this section, it may prove valuable to persons relying on the documents and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document (s)**

Title or Type of Document (s): *Affidavit Bill of Peace*

Document (s) Date: _11/29/04_                    Identifying Number: None

Number of pages: _3_

Issuing Agency: **Cristian N. Iglesias**    , Plaintiff / Petitioner.

**Capacity Claimed by Issuer**

- ■ Individual
- ☐ Corporate Officer – Title: _____
- ☐ University or School Officer – Title: _____
- ☐ Government Officer or Agent – Title: _____
- ☐ Business Proprietor or Manager
- ☐ Attorney
- ☐ Trustee
- ☐ Other: _____

| RIGHT THUMPRINT OF ISSUER |
|---|
| TOP OF THUMB HERE |

Secured Party _Cristian N. Iglesias_
_Cristian N. Iglesias_

## Affidavit - Bill of Peace

One living, sentient, free-will, natural man, known as Cristian N. Iglesias, Hereinafter "One", acting in unlimited-liability capacity with rights granted by life and upheld by all valid and just law, declares and attests true, correct, and complete, in accordance with One's deeply held spiritual convictions and creed, that One is not an enemy of:

1. Life, God, the law of being, natural law, truth, love, good will, peace, eternal verities, sanity, and the highest universal principles of mankind.

2. All rights of the sovereign people living on the soil of the land commonly referred as "De jure state Florida" Secured by life, just law, the Constitution of the United States, 1787, the Bill of Rights, 1791, the Constitution of the De jure state Florida, 1849, and otherwise.

3. The universal rights of man.

4. People of good will everywhere.

One claims all sovereignty, unalienable rights and power to exercise said rights, innate in One's life as secured and guaranteed by the De Jure Constitution of the United States, 1787, and First ten Articles of Amendment, 1791, "Bill of Rights".

One extends to Marcos D. Jimenez UNITED STATES ATTORNEY and John Schlesinger, ASSISTANCE UNITED STATES ATTORNEY, jointly and severally hereinafter referred as "Respondent" and every other living being alleging involvement with so-called "UNITED STATES INDICTMENT CASE #04-CR-20872 allegedly bearing involvement with some undefined and unproved being / entities / persons / corporations / trusts / limited partnerships / associations / unincorporated associations / whatever referred Marco D. Jimenez UNITED STATES ATTORNEY as John Schlesinger ASSISTANCE UNITED STATES ATTORNEY," and "STATE OF Florida ", a covenant and creed of peace and good will and mutual agreement to respect the life, rights, dignity, freedom, and property of One, Respondent, and all people.

Respondent, and everyone desiring to contract with One as herein, possesses two (2) options re this Affidavit Bill of Peace:

1. Notarize and sign below in red ink unlimited-liability capacity, using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein:

2. Fail to sign, notarize, and return this Affidavit Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United states of America and the people, Constitution, and Government thereof.

*Cristian N. Iglesias*

Page 1 of 3    Secured party: Cristian N. Iglesias

Respondent must execute this Affidavit, i.e. Bill of Peace," as per the first of the two (2) designated options above and mail to the below-named notary public: Juliette Moore _____ Address: 100 Prison Road _____, City: Estill _____, State: South Carolina _____, Zip: 29918 ____ Within ten (10) calendar days of Respondent's receipt of this Bill of Peace. Non-response by the respondent, as well as any response of any kind whatsoever other than receipt by notary public, Juliette Moore _____, Public of this Affidavit Bill of Peace with respondent's original notarized signature thereon in red ink, establishes on the record respondent's confession and consent of judgment under oath that respondent stipulates that:

1. Respondent is acting in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Power, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "Law of Necessity", i.e. "Law Of The Jungle", i.e. "No Law."

2. Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof, and treason against the constitution of the United States, 1787.

3. Respondent is operating on alleged authority of a letter of marquee and reprisal issued by an undisclosed party.

4. Any papers, notices, subpoenas, and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitute of the United States, 1787. Bill of Rights, 1791, and such established maxims of law as:

- No one is bound to arm his adversary against himself, Wing, Max. 665.

- No man is bound to produce writings against himself, Bill Direct.

- No one is bound to accuse himself, Wing, Max. 486:14 M.&W. 286:107 Msaa.181.

5. No valid enforcement, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.

6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and respondent.

Page 2 of 3   Secured party: Cristian N. Iglesias

7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

One herewith declares and asserts on One's unlimited liability that One issues this Affidavit Bill of Peace with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete, not misleading, and the truth, the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.

Cristian N. Iglesias
*Print Full Name*

_____
*Signature*

Date: _____ 2004

## Jurat

De Jure State, **South Carolina**,  )
                                     ) SS.
County of, **Hampton**               )

Subscribed and sworn to at _Federal Correctional Inst_, before me this 2nd day of _November_ A.D. 2004.

Notary Public _J. Moay_

My Commission Expires
Jan. 20, 2010

My Commission Expires _____

Witness my hand and official seal

_____
*Signature of Notary Public*

*Cristian N. Iglesias*

Page 3 of 3    Secured party: **Cristian N. Iglesias**

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY,** That a true and correct copy of the foregoing **"AFFIANTS SPECIFIC NEGATIVE AVERMENT AND AFFIANTS BILL OF PEACE"** has been provided VIA United States mail to: United States District Court, the Honorable Donald L. GRAHAM, Southern District of Florda, Federal Courthouse Square, 301 North Miami Avenue, Florida 33128-7788. And also to: United States Attorney's Office, SOuthern District of Florida, Assistant United States Attorney, John SCHLESINGER, 99 N.E. 4th Street, Miami, Florida 33132, this 2nd day of December, 2004.

CASE NUMBER **04-cr-20872**

Kenneth Ray West    :    Cristian Noel Iglesias

Fed. Reg. No. 17248-018

Federal Correctional Institution

Post Office Box 699

Estill, South Carolina 29918-0699

*/s/ Kenneth R. West  :  Cristian N. Iglesias*