UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR- GRAHAM /GARBER(s)
18 U.S.C. § 2332a(b)
18 U.S.C. § 876(c)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

KENNETH R. WEST,
a/k/a Cristian Noel Iglesias,

        Defendant.

_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,
a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal (sic) Office, 1 Palace Street, London, England SW1E 5HE";



in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 2

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 3

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "British Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 4

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 5

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Prisoners Abroad Legal Service for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N4 3JH, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 6

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 7

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal [sic] Office, 1 Palace Street, London, England SW1E 5HE," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 8

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 9

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 10

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 11

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Prisoners Abroad Legal Services for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N43JH, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 12

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England

SW1E 5HE, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 13

On or about July 26, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Vice-Consuls Office, Hugh Hunter, British Vice-Consul, Suntrust Center, Suite 2110, 200 South Orange Avenue, Orlando, Florida, 32801," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### SENTENCING ALLEGATIONS

1. With respect to Counts 1, 2, 3, 4, 5, and 6 (threatening to use a weapon of mass destruction):

    (a) the offense involved a threat to use, or otherwise involved a select biological agent, that is bacillus anthracis or anthrax;

2. With respect to Counts 1, 2 and 5 (threatening to use a weapon of mass destruction):

    (a) the offense resulted in substantial disruption of public, governmental or business functions or services or

    (b) the offense resulted in a substantial expenditure of funds to clean up,

decontaminate, or otherwise respond to the offense;

3. With respect to Counts 7, 8 and 11 (mailing a threatening communication):

(a) the offense resulted in substantial disruption of public, governmental or business functions or services or

(b) the offense resulted in a substantial expenditure of funds to clean up, decontaminate, or otherwise respond to the offense; and

4. With respect to Counts 7, 8, 9, 10, 11, 12 and 13 (mailing a threatening communication):

(a) the offense involved more than two threats.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY

_____
BRENDA SUE THORNTON
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Kenneth R. West a/k/a Cristian Noel Iglesias,
                    Defendant.           /

CASE NO.    04-20872-Cr-Graham/Garber(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)         Yes ___   No _X_
Number of New Defendants      _0_
Total number of counts        _13_

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take  _11-20_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      ___            Petty     ___
   II   6 to 10 days     ___            Minor     ___
   III  11 to 20 days    _X_            Misdem.   ___
   IV   21 to 60 days    ___            Felony    ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: __Graham__            Case No. __04-20875-Cr-Graham/Garber__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No.  _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____
   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _x_ Yes ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes _x_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes _x_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?    ___ Yes _x_ No

                                    _____
                                    WILLIAM WHITE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 087204

Penalty Sheet(s) attached                              REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __Kenneth R. West, a/k/a Cristian Noel Iglesias__

Case No: __04-20872-Cr-Graham/Garber(s)__

Count #: 1 - 6

  __Threat to use weapons of mass destruction__

  __18 U.S.C. § 2332a(b)__

* Max. Penalty:     __Life imprisonment__

Count #: 7 - 13

  __Conveying threats by mail__

  __18 U.S.C. § 876(c)__

*Max. Penalty:     __5 years imprisonment__

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.