UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM(s)/GARBER

UNITED STATES OF AMERICA,
        Plaintiff        **ARRAIGNMENT INFORMATION SHEET**
vs.
                                 Jail No : 17248-004
KENNETH WEST
        Defendant.        Language: _____

_____/

The above-named Defendant appeared before **Magistrate Judge ANDREA SIMONTON**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: IN CUST.

                 Tel. No: _____

Defense Counsel:    Name: AFPD

                 Address: _____

                 Tel. No: (305)530-7000

Bond Set/Continued:    $ STIPULATED PTD

Dated this 7th day of JANUARY, 2005.

CLARENCE MADDOX, CLERK OF COURT

BY CHERLE GUTIERREZ
      Deputy Clerk

c:CRD
   U.S. Attorney            TAPE NO. 05FX- 4-1418
   Defense Counsel         DIGITAL START NO. _____
   U.S. Pretrial