UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER(s)

NIGHT
FILED

JAN 2 4 2005

CLARENCE M...
CLERK, USD...

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| KENNETH R. WEST a/k/a, | ) |
| | ) |
| Christian Noel Iglesias, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States, through its undersigned counsel, file this motion for continuance.

1. The above referenced case is scheduled for trial during the two week trial period commencing on Monday, February 7, 2005.

2. The government has complied with the Court's Criminal Trial Scheduling Order.

3. No additional superceding indictments are contemplated.

4. It is currently estimated that the trial of this case will take from 2 - 3 weeks. The majority of the government's witnesses are located in the United Kingdom, which presents a difficult scheduling problem. The government has prepared witness and exhibit lists for the Court's review at the Calender Call scheduled for February 2, 2005.

5. Because of the location of the witnesses and the scope of this prosecution, the government has been unable to adequately prepare this case for efficient presentation. Additional time is needed for preparation.



WHEREFORE, it is requested that this case be specially set for a time on or after May, 2005.

CERTIFICATION

Counsel for the government certifies that he has conferred with counsel for the defendant and that counsel for the defendant does not oppose this motion.

Respectfully submitted

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street
Miami, FL 33132
Tel. (305) 961-9451
Fax. (305) 536-4675
Fla. Bar # 87204
Email: William.White@usdoj.gov

By: *[signature]*
BRENDA SUE THORNTON
TRIAL ATTORNEY
950 Constitution Avenue N.W.
Washington, D.C. 20530
Tel. (202) 353-7951
Fax. (202) 514-8714
Email: Brenda.Sue.Thornton@usdoj.gov

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to Daniel L. Ecarius, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, Florida 33130-1556, on January 25, 2005.

*[signature]*
WILLIAM C. WHITE
ASSISTANT UNITED STATES ATTORNEY