UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR- GRAHAM/GARBER(s)

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST,
 a/k/a Cristian Noel Iglesias,

    Defendant.
_____/

## GOVERNMENT'S FIRST SUPPLEMENTAL NOTICE OF INTENT TO OFFER RULE 404(b) EVIDENCE

  The United States of America, through its undersigned counsel, files this notice of intent to offer evidence of defendant's so-called bad acts or other crimes evidence in its case in chief pursuant to Federal Rule of Evidence 404(b).

  1. Copies of the Information, and the Consent to Transfer filed in Case No. CR 1 94 - 93, <u>United States v. Kenneth R. West</u>, wherein the defendant entered a plea of guilty to his causing a threatening letter to be sent to United States District Judge Carl Rubin, are attached.

  2. Also attached are copies of the fingerprints and booking information of the defendant regarding Case No. 96-34-CT-T-99A wherein the defendant was convicted of sending



threatening communications to United States District Judge Steven Merryday, and others.

            Respectfully submitted,

            MARCOS DANIEL JIMENEZ
            UNITED STATES ATTORNEY

By: _____
    WILLIAM WHITE
    ASSISTANT UNITED STATES ATTORNEY
    99 NE 4th Street
    Miami, Florida 33132
    Phone: (305)961-9451
    Fax: (305) 536-4675
    Florida Bar No. 087204
    William.White@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 16th day of February, 2005 to: Daniel Ecarius, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, FL 33130.

            _____
            WILLIAM WHITE
            ASSISTANT UNITED STATES ATTORNEY

FILED
KENNETH J. MURPHY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

94 OCT 28 PM 2:02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR 1 94-93 |
| v. | : | **INFORMATION** |
| | : | 18 U.S.C. § 876 |
| KENNETH R. WEST | : | |

WEBER, J.

The United States Attorney charges that:

On or about September 17, 1993 in the Southern District of Ohio, KENNETH R. WEST, the defendant herein, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a letter addressed to "United States District Court - Honorable Carl Rubin - Cincinnati, Ohio", which letter contained a threat to injure and kill said Honorable Carl B. Rubin.

In violation of Title 18, United States Code, Section 876.

EDMUND A. SARGUS, JR.
United States Attorney

I certify that this is a true and correct copy of the original filed in my Office on 10-28-94.
JAMES BONINI, CLERK
BY: [signature]
Deputy Clerk
DATE: 2-10-05

United States District Court

for the __Southern__ District of __Ohio__

United States of America

v.

KENNETH R. WEST

Criminal No. CR 1 94 93

94 NOV 14 PM 1:17
FILED KENNETH J. MURPHY
U.S. DISTRICT COURT
WEST. DIST. OHIO
CINCINNATI

WEBER, J.

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Kenneth R. West__, defendant, have been informed that an __Information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Western__ District of __Oklahoma__ in which I __am held__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __November 1__, 19__94__ at __Oklahoma City, OK.__

_Kenneth R. West_
(*Defendant*) KENNETH R. WEST

_(signature)_
(*Witness*)

_(signature)_
(*Counsel for Defendant*)
WILLIAM P. EARLEY
Assistant Federal Public Defender
215 Dean A. McGee, Room 524
Oklahoma City, Okla. 73102

I certify that this is a true and correct copy of the original filed in my Office on 11-14-94.
JAMES BONINI, CLERK
BY: _(signature)_
Deputy Clerk
DATE: 2-10-05

EDMUND A. SARGUS, JR.
United States Attorney,

_(signature)_
JERRY W. LEHMANN
Asst. United States Attorney for the __Southern__ District of __Ohio__

Approved
VICKI MILES-LaGRANGE
United States Attorney
_(signature)_
Asst. United States Attorney for the __Western__ District of __Oklahoma__

Teresa Black

FORM USA-153
SEP. 82

2

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

Privacy Act of 1974 (PL 93-579) requires that federal, state, or local agencies inform individuals whose social security number is requested whether such disclosure is mandatory or voluntary, basis of authority for such solicitation, and uses which will be made of it.

| | | | |
|---|---|---|---|
| JUVENILE FINGERPRINT SUBMISSION | YES ☐ | DATE OF ARREST MM DD YY 10-28-96 | ORI CONTRIBUTOR KY034017C MENS FED CORR CTR ADDRESS LEXINGTON, KY |
| TREAT AS ADULT | YES ☐ | | REPLY DESIRED? YES ☑ |
| SEND COPY TO: (ENTER ORI) | | DATE OF OFFENSE MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) FL | COUNTRY OF CITIZENSHIP USA |

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
SCAR LEFT KNEE

RESIDENCE/COMPLETE ADDRESS
8000 Lucid Ct.

CITY: Apex    STATE: NC

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)
D. Short

LOCAL IDENTIFICATION/REFERENCE
17248-018

PHOTO AVAILABLE? YES ☑
PALM PRINTS TAKEN? YES ☐

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

BASIS FOR CITATION
Threats to Federal Judge + AUSA
4241 AB ; 4247 B

DISPOSITION
1. 1 mo
2.
3.

00 RETAIN CR
ANS M W 06/14/74 D
WEST, KENNETH R
     LMM
ID HAI NT LMH
03250B185030   000 12
              III
QFNU 815 385 MA9   970850069611

ADDITIONAL

STATE BUREAU STAMP

AC 5606 FINALQC 06/24/97
CR-5716-5606-4306

ADDITIONAL INFORMATION/BASIS FOR CAUTION

FD-249 (Rev 12-1-90)    ☆U.S. GPO: 1910-405-018/20035

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|
| 032508182100 | | STATE USAGE / NFF SECOND SUBMISSION / APPROXIMATE CLASS ☐  AMPUTATION ☐  SCAR ☐ | 815 385 MA9 / 970850069611 |

Signature: Kenneth R West

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX: West, Kenneth

SOCIAL SECURITY NO.: 595402994

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 815 385 MA9 | | 06 10 74 | M | W | 5 11 | 189 | BLU | HAZ |

032508182100

