UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR- GRAHAM/GARBER(s)

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST,
 a/k/a Cristian Noel Iglesias,

        Defendant.
_____/

## GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL

The United States of America, through counsel, files this motion pursuant to Section 3E1.1(b) of the Sentencing Guidelines, and states:

The defendant, Kenneth R. West, a/k/a Cristian Noel Iglesias, assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

WHEREFORE, it is requested that the defendant's Adjustment for Acceptance of Responsibility level be changed from minus 2 to minus 3, for a Total Offense Level of 33.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
99 NE 4th Street
Miami, Florida 33132
Phone: (305)961-9451
Fax:   (305) 536-4675
Florida Bar No. 087204
William.White@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 19th day of April, 2005 to: Daniel Ecarius, Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, FL 33130, and Renee L. Moses-Gregory, U.S. Probation Officer, 300 N.E. 1st Avenue, Suite 315, Miami, FL 33132-2126.

_____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY