UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20872-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
v.                                 )
                                   )
KENNETH RAY WEST                   )
a/k/a CRISTIAN NOEL IGLESIAS,      )
                                   )
              Defendant.           )
_____)

UNOPPOSED MOTION FOR
CONTINUANCE OF SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorneys, and files this unopposed motion for a continuance of the sentencing hearing presently scheduled for May 20, 2005. In support thereof, the government states as follows:

1.  On March 11, 2005, the defendant pled guilty to one count of threatening to use a weapon of mass destruction outside the United States. The defendant is currently incarcerated serving a sentence for another similar offense.

2.  On or about May 5, 2005, the defendant filed a sentencing memorandum and a motion for downward departure on the basis of diminished mental capacity pursuant to United States Sentencing Guideline § 5K2.13. The defendant relies, in part, on a mental health evaluation conducted by a consulting psychologist.



3. The government requests that the Court continue the sentencing hearing in order to allow the government to adequately respond to the defendant's motion and sentencing memorandum. The government will seek professional assistance evaluating the defendant's allegations in order to provide additional information that will assist the Court in determining an appropriate sentence.

4. Assistant United States Attorney William White is presently out of town and is not scheduled to return until May 16, 2005. Co-counsel Brenda Sue Thornton has spoken with Assistant Federal Public Defender Daniel Ecarius who does not oppose the motion for a continuance.

5. The granting of this continuance will not prejudice the defendant and is in the interest of justice.

WHEREFORE, the government respectfully requests that the Court grant this motion and continue the sentencing hearing for at least sixty days.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 087204
99 N.E. 4TH STREET
MIAMI, FLORIDA 33132
TEL: NO. (305 )961-9145
FAX NO. (305) 536-4675
Email: William.White@USDOJ.GOV

By: *[signature]*
BRENDA SUE THORNTON
U.S. DEPARTMENT OF JUSTICE
COUNTERTERRORISM SECTION,
CRIMINAL DIVISION
10TH and CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20530
TEL: NO. (202) 353-7951
FAX NO. (202) 305-4901
Email: Brenda.Sue.Thornton@USDOJ.GOV

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by U.S. Mail and facsimile this 10th day of May, 2005 to Daniel Ecarius, Assistant Federal Public Defender, at 150 West Flagler Street, Suite 1700, Miami, Florida 33130 and Renee Moses-Gregory, United States Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132-2126.

_____
WILLIAM WHITE
ASSISTANT U.S. ATTORNEY