UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KENNETH RAY WEST | ) |
| a/k/a CRISTIAN NOEL IGLESIAS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## JOINT MOTION FOR AN ORDER FOR A
## SECOND MENTAL EVALUATION OF THE DEFENDANT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorneys, and files this joint motion for an order for a second mental evaluation of the defendant. In support thereof the government states as follows:

1. On or about May 5, 2005, the defendant filed a motion for downward departure due to an alleged diminished mental capacity of the defendant pursuant to United States Sentencing Guideline § 5K2.13. Under that guideline, a sentence below the applicable guideline may be warranted, assuming other conditions are met, if the defendant committed the offense while suffering from a significantly reduced mental capacity. Application Note 1 to § 5K2.13 provides:

> "Significantly reduced mental capacity" means the defendant, although convicted, has a significantly impaired ability to (A) understand the wrongfulness of the behavior comprising the offense or to exercise the power of reason; or (B) control behavior that the



defendant knows is wrongful.

In support of his motion and sentencing memorandum, the defendant relied on a mental health evaluation conducted by a psychologist.

2. On May 10, 2005 the government filed an unopposed motion for a continuance of the sentencing in this case in order to allow the government to adequately respond to the defendant's motion and sentencing memorandum. In that motion the government noted that it would seek professional assistance in evaluating the defendant's allegations.

3. The government advances that a second mental examination should be ordered to ascertain whether the defendant was suffering significantly reduced mental capacity when he committed the instant offense. The expert report filed by the defendant does not appear to specifically address whether the defendant had a significantly impaired ability to understand the wrongfulness of the behavior comprising the offense or to exercise the power of reason, or control behavior that the defendant knows is wrongful. The government will hire an expert to address these issues and provide information necessary to respond to the defendant's motion for downward departure and sentencing memorandum.

4. In accordance with Title 18, United States Code, Section 3552(c), the Court may order a presentence psychiatric or psychological examination and report thereon in order to obtain additional information to determine the mental condition of the defendant. The government submits that a second mental evaluation will assist the Court in determining whether a downward departure for diminished mental capacity is appropriate in this case.

5. Co-counsel Brenda Sue Thornton has spoken with Assistant Federal Public Daniel Ecarius who joins in this motion.

WHEREFORE, the government respectfully requests that the Court grant this motion and order that:

(1) a second mental evaluation of the defendant be undertaken;

(2) a report thereon be filed with the Court, with copies furnished to counsel for the defendant, counsel for the government, and the United States Probation Office;

(3) the Warden of the Federal Detention Center where the defendant is currently being detained shall admit the expert and his/her associate(s), and provide medical or psychological records of the defendant for purposes of the mental evaluation.

(4)     the government shall respond to the defendant's sentencing memorandum and motion for downward departure upon receiving and reviewing the report of the second mental evaluation of the defendant.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 087204
99 N.E. 4TH STREET
MIAMI, FLORIDA  33132
TEL: NO. (305 )961-9145
FAX NO. (305) 536-4675
Email: William.White@USDOJ.GOV


By: _____
BRENDA SUE THORNTON
U.S. DEPARTMENT OF JUSTICE
COUNTERTERRORISM   SECTION,
CRIMINAL DIVISION
10TH and CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20530
TEL: NO.  (202) 353-7951
FAX NO.  (202) 305-4901
Email: Brenda.Sue.Thornton@USDOJ.GOV

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by U.S. Mail and facsimile this 12th day of May, 2005 to Daniel Ecarius, Assistant Federal Public Defender, at 150 West Flagler Street, Suite 1700, Miami, Florida 33130 and Renee Moses-Gregory, United States Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132-2126.

*Eloisa D. Fernandez for*
WILLIAM WHITE
ASSISTANT U.S. ATTORNEY