SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 04-20872-CR-DLG

DEFENDANT Kenneth West

JUDGE     DONALD L. GRAHAM

Clerk     CLARA A. FOSTER

DATE      5-31-05

Reporter  CARLY HORENKAMP

AUSA      William White
          ~~Brenda Thornton, DOJ~~         Deft. Counsel Daniel Ecarius

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

___ Deft. failed to appear - warrant to issue. Bond Forfeited.

___ Sentencing cont'd until OB4 Sat  _____ am / pm

## JUDGMENT AND SENTENCE

Imprisonment        Years       Months      Counts
_____         _____     _____     _____
_____         _____     _____     _____
_____         _____     _____     _____

Comments _____

_____

Supervised Release _____

_____

Probation           Years       Months      Counts
_____         _____     _____     _____
_____         _____     _____     _____

Comments _____

_____

Assessment $_____           Fine $_____

Restitution / Other _____

### CUSTODY
___ Remanded to U.S. Marshal    ___ Release bond pend appeal

___ Voluntary Surrender to (designated institution or US Marshal) on ___/___/___.

___ Commitment recommendation: _____

(rev. 12/91)

RECEIVED & FILED IN OPEN COURT
ON 5-31-05
AT Miami, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

45
D

## ADDITIONAL COMMENTS TO SENTENCING MINUTES

Defense & Govt presented testimony at their selected doctors.

The court requested parties file a pleading re Dialectical Behavioral Therapy and profile will be included for final sentencing