UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER(s)

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,           )
v.                                )
                                  )
KENNETH RAY WEST                  )
a/k/a CRISTIAN NOEL IGLESIAS,     )
                                  )
              Defendant.           )
_____)

### GOVERNMENT'S RESPONSE TO QUESTIONS RAISED BY THE COURT AT THE SENTENCING HEARING

The United States, through its undersigned counsel, files this response to questions raised by the Court at the sentencing hearing.

At the sentencing hearing for this defendant held on May 31, 2005, the Court requested that the government:

(1) inquire of the BOP whether there is a procedure that would allow a defendant who has a mental or personality disorder to be released if the defendant receives treatment and the BOP determines that the condition is no longer present; and

(2) to further inquire of the BOP whether this defendant can receive appropriate treatment in a BOP prison facility, including Dialectical Behavior Therapy.

On June 1, 2005, the undersigned government attorneys met with Dr. Rodolfo A. Buigas,

Forensic Psychologist of the Federal Detention Center in Miami, Florida. In addition, the undersigned government attorneys consulted by phone with Dr. Selma De Jesus, Chief Psychologist of the Federal Correctional Institution, Miami, Florida.

As to the first question, the BOP has no authority to release a defendant who has been sentenced to a specified time prior to his serving his sentence.

As to the second issue, Dr. Buigas informed government counsel that there are sufficient resources at the BOP to give treatment of individuals diagnosed with mental and personality disorders and that, if required by a court, a full mental evaluation could be conducted and appropriate treatment would be undertaken.

The government requests that the judge schedule a second sentencing hearing so that Dr. Buigas and perhaps other BOP officials can provide the Court with information concerning the types of evaluations and treatment that are available at BOP facilities.

Because of prior scheduling conflicts it is requested that the hearing be schedule for mid - July, 2005. This will not prejudice the defendant, who currently is not scheduled for release until at least 2006.

Counsel for the government, William White, certifies that he has conferred with counsel for the defendant and that counsel for the defendant does not oppose this motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: /s/ William White
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 087204
99 N.E. 4TH STREET
MIAMI, FLORIDA  33132
TEL: NO. (305 )961-9145
FAX NO. (305) 536-4675
Email: William.White@USDOJ.GOV

By: /s/ William White for
BRENDA SUE THORNTON
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
COURT ADMIN. NO. A5500900
950 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20530
TEL: NO.  (202) 353-7951
FAX NO.  (202) 514-8714
Email: Brenda.Sue.Thornton@USDOJ.GOV

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed, postage prepaid, to Daniel L. Ecarius, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, Florida 33130-1556 and Renee L. Moses-Gregory, United States Probation Officer, by Interoffice Mail, on June 2, 2005.

WILLIAM WHITE
ASSISTANT U.S. ATTORNEY